# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS GRAY,

    Plaintiff,

v.                                                                                 CA No. 23-212

SHALER AREA SCHOOL DISTRICT,

    Defendant,

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, comes the Plaintiff, THOMAS GRAY, and the Defendant, SHALER AREA SCHOOL DISTRICT, stipulating pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal, with prejudice, of the above-titled action and all claims asserted against all Defendants. It also is stipulated that each party will bear its own costs, attorney fees and other expenses.

Respectfully submitted,

| | |
|---|---|
| By: s/ John Newborg_____ | By: s/ Philip Kontul_____ |
| JOHN NEWBORG, Esq. | CHRISTOPHER VOLTZ, Esq. |
| | |
| 225 Ross Street, 4th Floor | Tucker Arensburg |
| Pittsburgh, PA 15219 | One PPG Place, Suite 1500 |
| (412) 874-9442 | Pittsburgh, PA 15222 |
| newborglaw@gmail.com | (412) 566-1212 |
| Attorney for Plaintiff | cvoltz@tuckerlaw.com |
| | Attorney for Defendant |